United States District Court
Southern District of Texas
**ENTERED**
May 27, 2022
Nathan Ochsner, Clerk

**Cause Number:**  4:21-cv-01844

**Style:**  Ayers v. Bergquist Law Firm, PLLC et al.

**Appearances:**

| **Counsel:** | **Representing:** |
|---|---|
| Samantha Martinez | Tiecia Ayers |
| Terry McGovern | Bergquist Law Firm, PLLC |
| David Bergquist | David Bergquist |

Date:  May 27, 2022              ERO:            Yes

Time:  9:30 / 10:01 a.m.         Law Clerk:      C. Deen

## HEARING
## MINUTES AND ORDER

At the hearing, the following rulings were made:

Regarding the Joint Statement on Discovery, ECF No. 25, Defendant is ordered to do the following:

- Respond to Plaintiff's Request for Admission Nos. 35–36;
- Provide comparator information by reviewing attorney personnel files during the time period identified by Plaintiff for documentation of performance deficiencies similar to those alleged to have been the reasons for Plaintiff's termination;
- Respond to Plaintiff's Request for Production No. 56, as to the one year prior to Plaintiff's termination;
- Respond to Plaintiff's Request for Production No. 57, by searching the subject administrative email account for the term "timesheet";
- Respond to Plaintiff's Request for Production Nos. 4, 21, 25, with counsel themselves reviewing identified custodians existing text messages;

Defendant shall comply with this order by June 17, 2022.

Dispositive motions, including motions to strike expert witnesses, are due by June 30, 2022.

All other deadlines remain in effect.

The Clerk will file the Minutes and Order and provide copies to the parties.

_____
Peter Bray
United States Magistrate Judge